UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN THORPE CHRISTIE, | ) | |
| Petitioner, | ) | 3:11-cv-00581-LRH-VPC |
| vs. | ) | **ORDER** |
| GREG SMITH, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Respondents have filed a motion for an extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 9). Respondents seek a 60-day enlargement of time, up to and including January 27, 2012, to file an answer or other responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer or responsive pleading (ECF No. 9) is **GRANTED.** The answer/responsive pleading shall be filed on or before **January 27, 2012.**

**IT IS FURTHER ORDERED** that petitioner's motion for sanctions (ECF No. 7) against respondents for failure to file a timely answer is **DENIED.**

Dated this 22nd day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE