1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8

9    JOHN THORPE CHRISTIE,                    )
                                              )
10                    Petitioner,             )           3:11-cv-00581-LRH-VPC
                                              )
11   vs.                                      )           **ORDER**
                                              )
12   GREG SMITH, *et al.*,                    )
                                              )
13                    Respondents.            )
     _____/

14

15          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

16   by a Nevada state prisoner.  This action proceeds on the petition, which this Court received on

17   August 9, 2011.  (ECF No. 6).  This order addresses pending motions and sets scheduling deadlines.

18          Respondents have moved to dismiss the petition, arguing that petitioner failed to exhaust the

19   equal protection portions of Grounds 2 and 4 of the petition.  (ECF No. 19).  Respondents argue that

20   the entirety of Ground 6 is unexhausted.  (*Id.*).  Respondents further argue that Grounds 3 and 4 of

21   the petition are redundant.  (*Id.*).

22          Petitioner has filed a combined opposition to the motion to dismiss and a motion to strike

23   portions of the petition.  (ECF Nos. 34 & 35).  In the opposition, petitioner agrees that the equal

24   protection portion of his claims in Grounds 2 and 4 are unexhausted.  (*Id.*, at pp. 3-5).  Petitioner also

25   agrees that Grounds 3 and 4 of the petition are redundant.  (*Id.*).  Petitioner asks the Court to strike

26   the equal protection portions of Grounds 2, 4, and 6, and asks the court to strike Ground 3 as

27   redundant.  (*Id.*, at pp. 4).  Petitioner has also filed a motion for voluntary abandonment of Ground 3

28

1  in its entirety and of the equal protection portions of Grounds 2 and 4.  (ECF No. 37).  Petitioner has

2  further filed a motion for voluntary abandonment of Ground 6 in its entirety.  (ECF No. 36).

3     **IT IS THEREFORE ORDERED** that respondents' motion to dismiss (ECF No. 19) certain

4  claims, as specified below, is **GRANTED.**

5     **IT IS FURTHER ORDERED** that petitioner's motion to strike portions of the petition

6  (ECF No. 34) is **GRANTED.**

7     **IT IS FURTHER ORDERED** that petitioner's motion to voluntarily abandon the

8  unexhausted equal protection portions of Grounds 2 and 4, and the entirety of Ground 3 (ECF No.

9  37) is **GRANTED.**  Petitioner's motion to voluntarily abandon the entirety of Ground 6 (ECF No.

10  36) is **GRANTED**.

11     **IT IS FURTHER ORDERED** that the following grounds are **STRICKEN** from the

12  petition: (a) the equal protection portions of Grounds 2 and 4; (b) the entirety of Ground 3; and

13  (c) the entirety of Ground 6.

14     **IT IS FURTHER ORDERED** that respondents **SHALL FILE AN ANSWER** as to all

15  remaining grounds of the petition within **thirty (30) days** from the entry of this order.  The answer

16  shall include substantive arguments on the merits as to each remaining claim in the petition.  **No**

17  **further motions to dismiss will be entertained**.  In filing the answer, respondents shall comply

18  with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District

19  Courts under 28 U.S.C. §2254.

20     **IT IS FURTHER ORDERED** that petitioner shall file his reply to the answer no later than

21  **thirty (30) days** after being served with the answer.

22     DATED this 28th day of January, 2013.

23

24

25  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

26

27

28                                              2